■ In the Matter of BYRON SMITH and Another, P. C. BYRON SMITH Respondent; PIERRE GUIBOR, Appellant.—Order, Supreme Court, New York County, entered January 15, 1975, unanimously modified, on the law and in the exercise of discretion to provide that the receiver's plan of distribution be approved by the court after notice to the parties and an opportunity for

them to be heard *(Matter of Gordon & Weiss,* 32 AD2d 279), and otherwise affirmed, without costs and without disbursements. Concur—Markewich, J. P., Kupferman, Lupiano, Lane and Lynch, JJ.